Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing_office@speakeasy.net

Natalie Bolli-Jones – *Pro Hac Vice*
Attorney at Law (Utah 8150)
Law Office of Jay Barnes
1079 E. Riverside Dr. Ste. 203
St. George, UT 84790
Tel: (801) 318-8420
Fax: (801) 854-7064
E-mail: natalie.bolli@jaybarneslaw.com

Attorneys for Plaintiff
Keisha D. Toney

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| KEISHA D. TONEY,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant | Case No.: EDCV 11-4701-MLG<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties’ Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

///

///

///

IT IS ORDERED that fees and expenses in the amount of $3,500.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE: February 9, 2012

THE HONORABLE MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

LAW OFFICE OF JAY BARNES

BY: /s/*Natalie Bolli-Jones*
Natalie Bolli-Jones

LAW OFFICES OF Lawrence D. Rohlfing

BY: /s/ *Brian C. Shapiro*
Brian C. Shapiro

Attorneys for Plaintiff Keisha D. Toney